CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

# United States District Court

| | |
|---|---|
| **DISTRICT** | SOUTHERN DISTRICT OF NEW YORK |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NADEEM KHAN | **DOCKET NO.**<br>S1 07 Cr. 711 | **MAGISTRATE'S CASE NO.** |
| | **NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**<br><br>NADEEM KHAN | |

WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court  X Indictment  ☐ Information  ☐ Complaint

**DISTRICT OF ARREST**
Southern District of New York

**TO:** ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

**CITY**
New York, NY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Identity Document Fraud

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>1028, 1028A, 2 |
|---|---|---|

| | | | |
|---|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | | |
| ORDERED BY<br>ANDREW J. PECK<br>UNITED STATES MAGISTRATE JUDGE<br>SOUTHERN DISTRICT OF NEW YORK<br>HON. ~~HENRY B. PITMAN~~ | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | | DATE ORDERED<br>AUG 1 3 2007 |
| CLERK OF COURT<br>J. MICHAEL MCMAHON | (BY) DEPUTY CLERK | | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>08/14/2007 | NAME AND TITLE OF ARRESTING OFFICER<br>Brian O. Franks<br>Special Agent, FBI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>08/15/2007 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

